BOND,CLOSED

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:25−mj−02183−RMN All Defendants

| | |
|---|---|
| Case title: USA v. Rozier | Date Filed: 10/23/2025 |
| | Date Terminated: 10/23/2025 |

Assigned to: Magistrate Judge Robert M. Norway

**Defendant (1)**

**Terry Rozier**  represented by **James M. Trusty**
*TERMINATED: 10/23/2025*  Ifrah Law
*also known as*  1717 Pennsylvania Ave, N.W.
Scary Terry  Suite 650
*TERMINATED: 10/23/2025*  Washington, DC 20006
*also known as*  (202) 524−4176
Chum  *ATTORNEY TO BE NOTICED*
*TERMINATED: 10/23/2025*  *Designation: Retained*

**Pending Counts**  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**  **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**  **Disposition**
Rule 5 EDNY Indictment

---

**Plaintiff**

**USA**  represented by  **Diane Hu**
DOJ−USAO
Orlando Office
400 West Washington Street
Suite 3100
Orlando, FL 32801
407−648−7572
Email: diane.hu@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2025 | 1 | Arrest pursuant to Rule 5(c)(2) of Terry Rozier from the Eastern District of New York. (Attachments: # 1 Rule 5 Indictment)(LDJ) (Entered: 10/23/2025) |

| | | |
|---|---|---|
| 10/23/2025 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge Robert M. Norway: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/23/2025 as to Terry Rozier from the Eastern District of New York. (Digital) (LDJ) (Entered: 10/23/2025) |
| 10/23/2025 | 4 | ***CJA 23 Financial Affidavit by Terry Rozier. (LDJ) (Entered: 10/23/2025) |
| 10/23/2025 | 5 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20–mc–20–TJC, Doc 1 as to Terry Rozier: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (LDJ) (Entered: 10/23/2025) |
| 10/23/2025 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Terry Rozier. (LDJ) (Entered: 10/23/2025) |
| 10/23/2025 | 7 | ORAL MOTION for Release from Custody by USA as to Terry Rozier. (LDJ) (Entered: 10/23/2025) |
| 10/23/2025 | 8 | **ORAL ORDER granting 7 Oral Motion for Release from Custody as to Terry Rozier (1). A separate order setting conditions of release to be entered. Rendered in open court by Magistrate Judge Robert M. Norway on 10/23/2025. (LDJ)** (Entered: 10/23/2025) |
| 10/23/2025 | 9 | **ORDER Setting Conditions of Release as to Terry Rozier (1). Signed by Magistrate Judge Robert M. Norway on 10/23/2025. (LDJ)** (Entered: 10/23/2025) |
| 10/23/2025 | 10 | **Appearance BOND entered as to Terry Rozier. Signed by Magistrate Judge Robert M. Norway on 10/23/2025. (LDJ)** (Entered: 10/23/2025) |
| 10/23/2025 | 11 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Eastern District of New York as to Terry Rozier. Signed by Magistrate Judge Robert M. Norway on 10/23/2025. (LDJ)** (Entered: 10/23/2025) |
| 10/23/2025 | | NOTICE to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Terry Rozier regarding your case number: 25–cr–323. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (LDJ) (Entered: 10/23/2025) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:25-mj-2183-RMN

TERRY ROZIER

AUSA: Diane Hu and Chaucey Bratt

Defense Attorney: Jim Trusty, Retained Counsel

| Judge: | ROBERT M. NORWAY United States Magistrate Judge | Date and Time: | October 23, 2025 2:34 P.M.-3:11 P.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 37 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | Estefania Vega-Romero |

CLERK'S MINUTES
Initial Appearance (Rule 5)

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the count in the Indictment and potential penalties.
Defendant waives Rule 5 & 5.1 hearings.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government oral motion for release. Motion granted. Order to be entered.

Defendant is released with conditions as set forth in the Order Setting Conditions of Release. Court adjourned.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                        CASE NO: 6:25-mj-2183-RMN

**TERRY ROZIER**

                                                           **Charging District's**
                                                           **Case No.** <u>25-cr-323</u>

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **Terry Rozier**, understand that I have been charged in another district, the Eastern District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

## I AGREE TO WAIVE MY RIGHT(s) TO:

☑ an identity hearing and production of the warrant

☑ a preliminary hearing

☑ a detention hearing

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

October 23, 2025

_____
Defendant's Signature

_____
Signature of defendant's attorney

James M. Trusty
_____
Printed name of defendant's attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

TERRY ROZIER

Case No. 6:25-mj-2183-RMN

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **must not violate** any federal, state, or local law while on release in this case.

(2) The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant **must immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(4) The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States District Court where the charges are pending, or the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice.

(5) The defendant **must report** as soon as possible to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(6) The defendant **must refrain** from any use or possession of a narcotic drug or other controlled substances listed in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

(7) Defendant **shall not** attempt to influence, intimidate, injure, tamper with, or retaliate against any juror, judicial officer, witness, victim, or informant in this case.

(8) If ordered to comply with drug testing or location monitoring, the defendant must refrain from tampering with, obstructing, or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any such testing or monitoring.

## ADDITIONAL CONDITIONS OF RELEASE

  In order to reasonably assure the appearance of the defendant and the safety of any person and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

__X__   \*\* Defendant shall be subject to Pretrial Services supervision and shall report as directed by the Pretrial Services Office.

__X__   \*\* Defendant shall refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.

__X__   Defendant shall surrender any passport:

    _____  prior to release; or
    __X__  to Clerk, U.S. District Court, by 4:00 p.m. on __10/24/2025__.

__X__   Defendant shall obtain no passport or travel documents.

__X__   \*\* Defendant's travel restricted to _the continental United States._

__X__   \*\* Defendant shall refrain from direct or indirect contact with any victim, witness, or the family of any victim or witness, including specifically: _co-defendant Donald Laster, individuals identified in the indictment or in writing by the US Attorney's Office._

__X__   Defendant's bond shall be secured by the following property: _personal residence._

__X__   Defendant shall submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing.
The following additional conditions also apply:

- Prohibition on gambling – both in person and online.

- Prohibition against transferring assets of any kind (liquid or illiquid, including cryptocurrency) worth more $5K without express permission from Pretrial Services (exemption for paying his legal fees)

## ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both; or
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

2sw 24 RD miami, florida 33129
Street Address

_____
City, State

330-301-9484
Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

__X__ The defendant is **ORDERED** released after processing.

_____ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: ___October 23, 2025___

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Pretrial Services Office
United States Marshals Service
Assistant U.S. Attorney
Counsel for Defendant
Defendant

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

VS.                                                             CASE NO: 6:25-mj-2183-RMN

**TERRY ROZIER**

_____

## APPEARANCE BOND

### Defendant's Agreement

I, Terry Rozier, (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
- ☑ to appear for court proceedings;
- ☑ if convicted, to surrender to serve a sentence that the court may impose; or
- ☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(1)  This is a secured bond of $0, secured by:

    (a)  the agreement of the defendant and each surety to forfeit the following cash or other property
  *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value):*

    Personal Residence

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*   This appearance bond may be forfeited if the defendant does not comply with the above agreement.   The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.   At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.*   The court may order this appearance bond ended at any time.   This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.*  I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*  I, the defendant – and each surety- have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: October 23, 2025

_____     [signature]  10/23
                                              *Defendant's signature*

_Terry Rexter_____     [signature]  10/23
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_[scribbled out]_____     [signature]  10/23
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____     [signature]  10/23
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

                                            CLERK OF COURT

Date: October 23, 2025                             [signature]
                                              L. Jernigan, *Deputy Clerk*

Approved.

Date: October 23, 2025                             [signature]
                                              ROBERT M. NORWAY
                                              UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                              **CASE NO: 6:25-mj-2183-RMN**

**TERRY ROZIER**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Terry Rozier, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Eastern District of New York was held on October 23, 2025.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that TERRY ROZIER is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 23, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record