F. #2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                    25-CR-323 (LDH)

ERIC EARNEST, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Benjamin Weintraub from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Benjamin Weintraub
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6519
    Email: Benjamin.weintraub@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Benjamin Weintraub at the email address set forth above.

Dated:    Brooklyn, New York
          October 28, 2025

                                      Respectfully submitted,

                                      JOSEPH NOCELLA, JR.
                                      United States Attorney

                      By:    *Benjamin Weintraub*
                                      Benjamin Weintraub
                                      Assistant U.S. Attorney

cc:    Clerk of the Court (LDH)