# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Robert Levy  
DATE: 11/26/25  
DOCKET NUMBER: 25 CR 314 (RER) / 25 CR 323 (RPK)  
LOG #: 11:59 - 12:09  

DEFENDANT'S NAME: Eric Earnest  
___ Present   X Not Present   ___ Custody   X Bail  

DEFENSE COUNSEL: Peter Brill  
___ Federal Defender   ___ CJA   ___ appointed by the Court   X Retained  

A.U.S.A: ___  
CLERK: G M Yuen  

Probation: ___   (Language) ___

- ___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation
- ___ Defendant pleads NOT GUILTY to ALL counts.
- ___ Rule 5f Order read into the record.
- ___ Bail application Hearing held.   ___ Defendant's first appearance.
  - ___ Bond set at ___   Defendant ___ released ___ held pending satisfaction of bond conditions.
  - ___ Defendant advised of bond conditions set by the Court and signed the bond.
  - **3** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ___ (Additional) surety/ies to co-sign bond by ___
  - ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued.  Bail Hearing set for ___
- ___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ___ Order of Excludable Delay/Speedy Trial entered.  Start ___ Stop ___
- ___ Medical memo issued.
- ___ Defendant failed to appear; bench warrant issued.
- ___ Status conference set for ___ @ ___ before Judge ___

Other Rulings: Bond is now satisfied.