UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ERIC EARNEST,

               Defendant.
-------------------------------------------------------------X

Case No. 25 Cr. 323 (LDH)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned have been retained as Attorneys for Defendant Eric Earnest, and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       December 8, 2025

                                                Yours, etc.

                                                BRILL LEGAL GROUP, P.C.
                                                *Attorneys for Eric Earnest*

                                                By: David Gray
                                               176 Lexington Avenue, Suite O
                                               New York, NY 10016
                                               (212) 233-4141