

December 9, 2025

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **United States v. Earnest et al.**
               **Criminal Docket No. 25-323 (LDH)**

Dear Judge DeArcy Hall:

      Defendant Terry Rozier respectfully submits this letter requesting that the Court enter a briefing schedule on his anticipated motion to dismiss the indictment. During the December 8, 2025 status conference, counsel sought leave to file a motion to dismiss the indictment, which will rely primarily on the Supreme Court's decision in *Ciminelli v. United States*, 598 U.S. 306 (2023). The Court directed the parties to meet and confer regarding the anticipated motion to dismiss and to submit a letter proposing a briefing schedule.

      In accordance with the Court's instructions, the parties have met and conferred and propose the following briefing schedule:

- Mr. Rozier will serve his motion to dismiss on or before **December 12, 2025**.
- The government will serve its response on or before **February 2, 2026**.
- Mr. Rozier will serve any reply on or before **February 16, 2026**.

      The parties will be prepared to argue the motion at the March 3, 2026 status conference, or on another date convenient for the Court.

      Respectfully submitted,

      */s/ James M. Trusty*

      James M. Trusty

IFRAHLAW.COM • (202) 524-4140
1717 PENNSYLVANIA AVE, N.W. SUITE 650 • WASHINGTON, DC 20006