# CORCORAN

February 23, 2026

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Unopposed Request To Continue Status Conference Due To Storm
               *United States v Eric Earnest, et al.*, Criminal No. 25-323 (LDH)

Your Honor:

We respectfully request that tomorrow's status conference be moved to March 3, 2026.

Tomorrow's status conference for De'Niro Laster was scheduled after the government filed a *Curcio* letter and we responded.

However, the winter storm that has dropped a foot of snow on New York City impedes travel for Mr. Laster, who lives in Ohio.

There is an already-scheduled March 3, 2026, status conference for all defendants in the case. We respectfully request that tomorrow's hearing be continued until then (preferably earlier that day).

The government has no objection to this request.

                                      Respectfully submitted,

                                      CORCORAN LAW GROUP PLLC

                                      M. Evan Corcoran
                                      Corcoran Law Group PLLC
                                      1050 30th Street NW
                                      Washington, DC 20007
                                      (202) 853-6965
                                      evan@corcoranlg.com

cc:    Clerk & Counsel (*via* ECF)