

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF/BLW/DIB
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 17, 2026

By ECF and E-Mail

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Damon Jones
           Criminal Docket No. 25-323 (LDH)

Dear Judge Marutollo:

The government writes in advance of the plea hearing in the above-captioned case, currently scheduled for April 28, 2026, and in response to Your Honor's order, dated April 16, 2026.

First, pursuant to Your Honor's request for information regarding the applicable statutory penalties and proposed United States Sentencing Guidelines calculation, please note that such information is located within pages one through three of the proposed plea agreement (the "Plea Agreement").  Please note that, with this filing, we have simultaneously provided Your Honor's chambers with a copy of the Plea Agreement.

Second, pursuant to Your Honor's request, please note that the government seeks no modification to the defendant's bail conditions at this time.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/ David I. Berman
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant United States Attorney
(718) 254-6519

cc:     Clerk of Court (LDH) (by ECF)
Counsel of Record (by ECF)

2