UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              - against -

DAMON JONES,

                        Defendant.

-------------------------------------------------------------------------X

25-CR-323
(DeArcy Hall, J.)
(Marutollo, M.J.)

### CONSENT TO HAVE A PLEA TAKEN BEFORE
### UNITED STATES MAGISTRATE JUDGE JOSEPH A. MARUTOLLO

United States Magistrate Judge Joseph A. Marutollo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Joseph A. Marutollo. I understand that I will suffer no prejudice if I refuse to consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Joseph A. Marutollo.

Dated: 4/28/2026

                                   Damon Jones
                                   Defendant

                                   Attorney for Defendant

                              ***

Dated: 4/28/2026

                           Consented to by:
                           U.S. Attorney Joseph Nocella, Jr.

                           Assistant U.S. Attorney

Dated: 4/28/26

                           **SO ORDERED:**

                           Joseph A. Marutollo
                           JOSEPH A. MARUTOLLO
                           United States Magistrate Judge