**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br>　v.<br><br>ERIC EARNEST, et al.,<br><br>　　　　*Defendants*. | Case No. 25 Cr. 323 (LDH) |

**ORDER ON DEFENDANT TERRY ROZIER'S MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE**

The above-captioned matter came before the Court on Defendant Terry Rozier's Motion to Modify Conditions of Pretrial Release. Having reviewed the Motion, and pursuant to 18 U.S.C. § 3142(c)(3), the Court finds that the Motion sets forth good cause to amend the current conditions of release. The Court hereby grants the motion and orders as follows:

1. Defendant Terry Rozier's Motion to Modify Conditions of Pretrial Release is **GRANTED**.

2. The no-contact list associated with the Court's Order Setting Conditions of Release is modified as follows:

3. Defendant is permitted to contact current and former employees of, and independent contractors for, the Charlotte Hornets, including all coaches, players, medical staff, building staff, and support staff.

4. Defendant shall otherwise continue to comply with all other conditions of pretrial release set forth in the Order Setting Conditions of Release.

It is so **ORDERED.**

Date: _____

                                           _____

                                           HON. LaShann DeArcy Hall

                                           United States District Judge