MARKUS / MOSS

July 20, 2026

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:   *United States v. Terry Rozier, et. al.*
              Criminal Docket No. 25-323 (LDH)

              *Terry Rozier's unopposed request to substitute property securing bond*

Dear Judge DeArcy Hall:

We write on behalf of Terry Rozier to request approval to substitute the property securing his appearance bond. The government does not oppose this request.

Mr. Rozier's bond is currently secured by a property in Florida. Because he remains on unpaid leave from the NBA, he would like to sell that property. He therefore requests that the Court permit him to substitute as security for the bond a property he owns in Ohio, and release the Florida property from the bond so it may be sold.

Undersigned counsel has provided the address of the substitute Ohio property to the government, and it confirmed that it has no objection to the requested substitution. We will also inform probation of the substitution if this Court approves.

We thank the Court for its consideration.

Respectfully submitted,

David Oscar Markus
*Counsel for Terry Rozier*

DOM:cca

MARKUS/MOSS PLLC

40 NW 3rd Street, PH 1
Miami, FL 33128
T 305 379-6667
F 305 379-6668
markuslaw.com