MARKUS / MOSS

August 5, 2026

By ECF
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: *United States v. Terry Rozier, et al.*
          Criminal Docket No. 25-323 (LDH)

Dear Judge DeArcy Hall:

The Government and the Defendants (Earnest, Hennan, Laster, and Rozier) have agreed to a number of pretrial deadlines in this matter and jointly propose that the Court adopt them:

1. Disclosure of government witnesses and exhibits (**January 8, 2027)**;

2. Disclosure of defense witnesses and exhibits **(January 22, 2027);**

3. 3500 Material:

   a. Disclosure of non-cooperator/non-sensitive 3500 material and defense Rule 26.2 material (**December 21, 2026)**;

   b. Disclosure of cooperator/sensitive 3500 material on an attorney's eyes only basis (**December 14, 2026)**;

   c. Disclosure of cooperator/sensitive 3500 material on a non-attorney's eyes only basis (**January 4, 2027)**;

4. Disclosure of any expert witnesses (**December 8, 2026**, for the government and **January 8, 2027,** for the defense);

5. Submission of jury instructions (including verdict sheets) and proposed Voir Dire questions **(January 15, 2027)**;

MARKUS/MOSS PLLC

40 NW 3rd Street, PH 1
Miami, FL 33128
T 305 379-6667
F 305 379-6668
markuslaw.com

6.  Motions in Limine (**November 9,2026** and oppositions due **November 23, 2026**)

7.  Pretrial Conference (**Week of January 18 or 25, 2027**);

Thank you in advance for your consideration to this matter.

Respectfully submitted,

David Oscar Markus
*counsel for Terry Rozier*

DOM:cca