**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DE'NIRO LASTER,<br><br>Defendant. | Criminal No. 25-323 (LDH) |

**NOTICE OF INTENT TO JOIN**
**CO-DEFENDANT ROZIER'S MOTIONS TO DISMISS**

De'Niro Laster, through undersigned counsel, and pursuant to Fed. R. Crim P. 12(b)(3)(B)(v), hereby files this Notice Of Intent To Join Co-Defendant Rozier's Motions To Dismiss (Docs. 124, 85, & 97).

In the interest of judicial economy, we adopt indistrict court edny

full the arguments presented in the pending Motions without restating them here. We adopt and incorporate by reference the arguments and legal authorities contained in those Motions, namely that Counts One and Two of the Indictment rely on a theory of wire fraud that the Supreme Court has explicitly rejected, Count Three of the Indictment fails to state a § 224 offense, that Count Four of the Indictment fails to state an Honest Services Fraud offense, and that Counts One and Four of the Indictment are multiplicitous.[1]

The arguments and legal authorities set forth in Co-Defendant Rozier's Motions and Replies apply equally to Mr. Laster.  Accordingly, we join Co-Defendant Rozier's Motions through

---

[1] Co-Defendant Rozier has also filed a separate motion to transfer venue. We do not object.

this filing in order to promote judicial economy, avoid duplicative briefing, and ensure consistent ruling on identical issues.

WHEREFORE, De'Niro Laster hereby submits this Notice Of Intent To Join Co-Defendant Rozier's Motion To Dismiss.

Dated: August 9, 2026                    Respectfully submitted,


CORCORAN LAW GROUP PLLC

  /s/ M. Evan Corcoran
M. Evan Corcoran (*pro hac vice*)
Corcoran Law Group PLLC
1050 30th Street NW
Washington, DC 20007
(202) 465-8154
evan@corcoranlg.com

*Counsel for De'Niro Laster*