**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF/BW/DIB
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 21, 2026

By E-mail and ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v Eric Earnest, et al.
Criminal Docket No. 25-323 (LDH)

Dear Judge DeArcy Hall:

The government writes to respectfully request that Your Honor issue an order (the "Order") directing the Clerk of Court to release to the government the records it has received pursuant to a trial subpoena issued by the government in connection with the above-captioned case. The government further requests that the Order apply both to records already received by the Clerk of Court and, prospectively, to any additional records subsequently received by the Clerk of Court pursuant to trial subpoenas issued by the government in connection with the

above-captioned case. Upon receipt of any such records, the government will promptly produce them to the defense in accordance with its discovery obligations.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ David I. Berman
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (LDH) (by ECF and E-Mail)
Counsel of Record (by ECF)