**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL:KTF/BW/DIB
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 8, 2026

By E-Mail and ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Shane Hennen
Criminal Docket No. 25-323 (LDH)

Dear Judge DeArcy Hall:

We respectfully write to inform the Court that the United States Attorney's Office for the Eastern District of New York has initiated the transfer of the defendant Shane Hennen's above-captioned case to the Eastern District of Pennsylvania pursuant to Rule 20 of the Federal Rules of Criminal Procedure.[1] The transfer will facilitate Mr. Hennen's entry of a global guilty

[1] On January 14, 2026, a grand jury sitting in the Eastern District of Pennsylvania returned an indictment charging, among others, the defendant Shane Hennen in connection with a fraudulent sports gambling scheme. See United States v. Smith, et al., No. 26-CR-023 (E.D. Pa.) (the "EDPA Case").

plea pursuant to a plea agreement and sentencing in consolidated proceedings in the Eastern District of Pennsylvania in connection with both the above-captioned case and the EDPA Case.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *David I. Berman*
Kaitlin T. Farrell
Benjamin Weintraub
David I. Berman
Assistant United States Attorneys
(718) 254-6167

cc: Clerk of Court (LDH) (by ECF)
Counsel of Record (by ECF)